UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALVIN DENNIS,                                    ) Case No. CV 11-432 VBF (MRW)
                                                 )
                        Petitioner,              )
            vs.                                  ) JUDGMENT
                                                 )
PEOPLE OF STATE OF                               )
CALIFORNIA,                                      )
                                                 )
                        Respondent.              )
_____ )

        Pursuant to this Court's Order,

        IT IS ADJUDGED that the action is dismissed without prejudice.


DATE:  8-29-11
                                        _____
                                        HON. VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT JUDGE